McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724

FILED

AUG 1 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> (SEALED) ) <br> ) <br> Defendant(s). ) <br> _____ ) | MISC. NO. 06-SW-0186 DAD <br><br> REQUEST FOR LIMITED UNSEALING |

On August 3, 2006, the Court signed an order sealing Search Warrant #06-SW-0186 DAD, its affidavit and return.  Although no one has yet been charged in the case, the principal target of the search warrant has retained counsel and has indicated an interest in cooperating with the government's investigation.  To better apprise defense counsel of the nature and quality of the evidence against his client and so that he may discuss the matter with his client, the government requests a limited unsealing of the Search Warrant, affidavit and return to permit their disclosure to defense counsel with the understanding that defense counsel shall make no further dissemination or disclosure of the documents.  Because this criminal investigation is continuing, there is still a need for these documents to remain sealed for all other purposes.  Therefore, the

1  Government requests that the Court's order unsealing the above
2  referenced documents be limited to the purpose stated herein..
3  DATED: 8/14/06

McGREGOR W. SCOTT
United States Attorney

By: /s/ R. Steven Lapham
R. STEVEN LAPHAM
Assistant U.S. Attorney

ORDER

IT IS HEREBY ORDERED that Search Warrant #06-SW-0186 DAD, its affidavit and return in the above-captioned matter be and hereby is ordered unsealed to the extent that the government may disclose to defense counsel the affidavit in support of the search warrant. For all other purposes, the file shall remained sealed until further order of the court.

DATED: 8/14/06

/s/ Dale A. Drozd
HON. DALE A DROZD
UNITED STATES MAGISTRATE JUDGE