```
1  BENJAMIN B. WAGNER
   United States Attorney                    FILED
2  SEAN C. FLYNN
   MATTHEW D. SEGAL
3  Assistant U.S. Attorneys                  APR 22 2010
   501 "I" Street, Suite 10-100
4  Sacramento, California  95814             CLERK, U.S. DISTRICT COURT
   Telephone: (916) 554-2700                 EASTERN DISTRICT OF CALIFORNIA
5                                            BY _____
                                                 DEPUTY CLERK
6

7            IN THE UNITED STATES DISTRICT COURT FOR THE

8                   EASTERN DISTRICT OF CALIFORNIA

9

10  IN THE MATTER OF SEARCH OF:    ) NO. 2:06-SW-0186-DAD
                                   )
11  Residence at                   )
    1119 Verduga Road              ) MOTION AND ORDER TO UNSEAL
12  Turlock, California 95380      )
                                   )
13                                 )
    _____)
14

15       The United States hereby moves this Court to unseal the

16  search warrant, the search warrant application and all related

17  filings in the above-captioned matter.  Sealing is no longer

18  necessary to protect any ongoing investigation.

19
                                   Respectfully Submitted,
20  SEALED
                                   BENJAMIN B. WAGNER
21                                 United States Attorney

22

23
    DATED: April 20, 2010     By:  /s/ Sean C. Flynn
24                                 SEAN C. FLYNN
                                   MATTHEW D. SEGAL
25                                 Assistant U.S. Attorneys

26
    SO ORDERED.
27                                 GREGORY G. HOLLOWS

28  DATED: April 20, 2010
                                   _____
                                   HON. GREGORY G. HOLLOWS
                                   U.S. Magistrate Judge
```